Kevin F. Quinn, Esq. (SBN 106224)
Email: quinn@tbmlawyers.com
Neal A. Markowitz, Esq. (SBN 201692)
Email: markowitz@tbmlawyers.com
Thorsnes Bartolotta McGuire LLP
2550 Fifth Avenue, 11th Floor
San Diego, California 92103
Tel: (619) 236-9363 Fax: (619) 236-9653

Attorneys for Plaintiffs

Lawrence E. Wayte
McCormick Barstow LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300  Fax: (559) 433-2300
Email: larry.wayte@mccormickbarstow.com

Attorneys for Defendants Sequoia Orthopaedic and Spine Institute Inc. and Frank L. Feng. D.O.

William M. White
White Canepa LLP
7690 N. Palm Ave, Ste 105
Fresno, CA 93711
Tel: 559-439-0800
Email: wwhite@whitecanepa.com

Attorneys for Defendant Sequoia Surgery Center Holdings, Inc

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA TASHIMA and STEVEN TASHIMA,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC., et al.,<br><br>Defendant. | Case No.: 2:14-CV-01183-TLN-CKD<br><br>STIPULATION TO REMAND CASE BACK TO STOCKTON COUNTY SUPERIOR COURT; ORDER THEREON<br><br>Courtroom:  2  (15th floor)<br>Judge:  Hon. Troy L. Nunley<br>Trial Date:  None set |

Plaintiffs Lidia Tashima and Steven Tashima ("Plaintiffs") and Defendants Sequoia Orthopaedic and Spine Institute Inc.; Frank L. Feng. D.O.; and Sequoia Surgery Center Holdings, Inc. ("Defendants") (collectively "the Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. On October 23, 2013, Plaintiffs commenced an action in the Superior Court of California in and for the County of Stockton titled *Lidia Tashima and Steven Tashima v. New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center, et al.*, as Case No. 39-2013-00303291-CU-NP-STK ("the Action"). On January 28, 2014, Plaintiffs filed their First Amended Complaint.

2. On May 15, 2014, the case was removed to federal District Court, Eastern District of California.

3. On May 29, 2014, the case was then transferred to United States District Court, District of Massachusetts as part of a multi-district litigation established against Defendant NECC.

4. On August 25, 2015, the MDL court dismissed all cases against NECC and its affiliates. Therefore, on September 9, 2016, the MDL court ordered the Tashima case be remanded back to its court of origin pursuant to § 1407.

5. At this time, the Parties stipulate that this action should immediately be remanded to the Superior Court of California, County of Stockton.

6. Each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

| | | |
|---|---|---|
| Dated: May 18, 2017 | | THORSNES BARTOLOTTA MCGUIRE LLP |
| | By: | /s/ Neal A. Markowitz |
| | | Kevin F. Quinn, Esq. |
| | | Neal A. Markowitz, Esq. |
| | | Attorneys for Plaintiffs LIDIA TASHIMA and STEVEN TASHIMA |
| Dated: May 18, 2017 | | MCCORMICK BARSTOW LLP |
| | By: | /s/ Lawrence E. Wayte |
| | | Lawrence E. Wayte, Esq. |
| | | Attorneys for Defendants Sequoia Orthopaedic and Spine Institute Inc. and Frank L. Feng. D.O. |
| Dated: May 18, 2017 | | WHITE CANEPA LLP |
| | By: | /s/ William M. White |
| | | William M. White, Esq. |
| | | Attorneys for Defendant Sequoia Surgery Center Holdings, Inc. |

**ECF Signature Certification**

Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel of record and that I have obtained all authorizations to affix their electronic signatures to this document.

Date: May 18, 2017

By: /s/ Neal A. Markowitz
Neal A. Markowitz

**ORDER**

Good cause appearing, IT IS ORDERED THAT:

1. This action immediately be remanded to the Superior Court of California, County of Stockton.

2. Each Party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action; and

3. All deadlines and hearings in this case shall be taken off the Court's calendar.

Date: May 17, 2017

_____
Troy L. Nunley
United States District Judge